FILED

07/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0112

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0112

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.

MARK JAY PRICHARD,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 15, 2021, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2021